**ROSEN & ASSOCIATES, P.C.**
*Counsel to Irene D'Alessio and*
  *Ronald D'Alessio*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MICHAEL P. D'ALESSIO, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 18–22552 (RDD) |
| MARIANNE T. O'TOOLE, Solely in Her Capacity as Chapter 7 Trustee of the Estate of Michael P. D'Alessio,<br><br>Plaintiff,<br>v.<br><br>IRENE D'ALESSIO and RONALD D'ALESSIO,<br><br>Defendants. | Adv. Proc. No. 20–06261 (RDD) |

<u>**NOTICE OF APPEARANCE & REQUEST FOR SERVICE OF PAPERS**</u>

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rosen & Associates, P.C. hereby enters its appearance as counsel to Defendants Irene D'Alessio and Ronald D'Alessio in the above-captioned proceeding, and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed, or required to be given or filed in this proceeding be given and served upon counsel at the following address:

**ROSEN & ASSOCIATES, P.C.**
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Attn: Sanford P. Rosen, Esq.
srosen@rosenpc.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or given with regard to the related bankruptcy cases.

Dated: New York, New York
      June 18, 2020

        **ROSEN & ASSOCIATES, P.C.**
        *Counsel to Irene D'Alessio*
          *and Ronald D'Alessio*

        By:  /s/  *Sanford P. Rosen*
               Sanford P. Rosen
               Paris Gyparakis

        747 Third Avenue
        New York, NY 10017-2803
        (212) 223-1100