UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MICHAEL P. D'ALESSIO, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 18–22552 (RDD) |
| MARIANNE T. O'TOOLE, Solely in Her Capacity as Chapter 7 Trustee of the Estate of Michael P. D'Alessio,<br><br>Plaintiff,<br>v.<br><br>IRENE D'ALESSIO and RONALD D'ALESSIO,<br><br>Defendants. | Adv. Proc. No. 20–06261 (RDD) |

## **CERTIFICATE OF SERVICE**

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

    1.    I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

    2.    On June 24, 2020, I served a copy of the *Answer and Affirmative Defenses* [Adv. Proc. Doc. No. 6] filed by Defendants Irene D'Alessio and Ronald D'Alessio, upon:

>LaMonica Herbst & Maniscalco, LLP
>*Attorneys for Plaintiff*
>3305 Jerusalem Avenue
>Wantagh, NY 11793
>Attn: David A. Blansky, Esq.

by regular first-class mail, by depositing a true copy of same in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       June 24, 2020

                                                                                  Paris Gyparakis